UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ERNESTO SIMPSON** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-02600 |
| | § | |
| **HARRIS COUNTY, ET AL.,** | § | |
| Defendants. | § | |

## NOTICE TO COURT REGARDING ERNESTO SIMPSON

TO THE HONORABLE JUDGE OF SAID COURT:

1. The property that is the subject of this lawsuit is 8202 Terra Valley Lane, Tomball Texas 77375.

2. Ernesto Simpson is the Plaintiff in this case.

3. Most recently, on June 2, 2025, Ernesto Simpson (through attorney James Andersen) filed a case in Harris County Court at Law No. 2 (1249845) and subsequently removed the case to the United States District Court for the Southern District of Houston.

4. Within two days of removal, the Honorable Judge Lee H. Rosenthal remanded the case and issued a preclusion order. The order noted that the defendants had "now frivolously and unreasonably removed several lawsuits that do not belong in federal court."

5. Judge Rosenthal ordered any new case defendants seek to file or remove will not be docketed until granted defendant's written leave and if the defendants fail to so comply, their "vexatious and unreasonable filings" they may be sanctioned. Judge Rosenthal further enjoined the defendants, collectively and individually, from filing any removal notice in a case related to the property at issue "without advance written permission for the Chief Judge of the Southern District of Texas or his designee." (See Exhibit A).

6. To be clear, the *Defendants* in this case requested removal to the Southern District under Section 1983. However, this Notice is being filed in conformity with counsel's ethical obligation to provide full disclosure to this Court. The matter before this Court relates to the same property at issue and is brought by the same defendant.

Respectfully submitted,

        **CHRISTIAN D. MENEFEE**
        HARRIS COUNTY ATTORNEY

        **JONATHAN G. C. FOMBONNE**
        DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

        **NATALIE G. DELUCA**
        MANAGING COUNSEL,
        DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS
        Respectfully submitted,

By:   */s/    Rachel Fraser*

        **RACHEL FRASER**
        Senior Assistant County Attorney
        ATTORNEY IN CHARGE
        State Bar No. 24079725
        Fed Bar No. 4067195
        Tel: (713) 274-5383 (direct)
        rachel.fraser@harriscountytx.gov

        **OFFICE OF THE HARRIS COUNTY ATTORNEY**
        Harris County Attorney's Office
        1019 Congress
        Houston, Texas 77002
        **ATTORNEY FOR DEFENDANTS MARK HERMAN, RAMON RUIZ, CHRISTIAN MENEFEE AND HARRIS COUNTY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, pursuant to Fed. R. Civ. P. 5(b)(1), (2)(C), a copy of the above and foregoing filing was served on June 6, 2025, via certified and regular mail addressed to:

Ernesto Simpson
8202 Terra Valley Lane
Tomball, Texas 77375
Ernestosimpson122@gmail.com

*/s/ Rachel Fraser*
Rachel Fraser