IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIMPSON, ERNESTO, | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTION No. 25-CV-02600 |
| vs. | § | |
| | § | |
| HARRIS COUNTY et. al., | § | |
| *Defendant* | § | |
| | § | |

ORDER

Before the Court is Plaintiff Ernesto Simpson Supplemental Ex Pate Motion for Leave to File Exhibits in Excess of the Page Limit. (Doc. 13.). Plaintiff requests leave to exceed the Court's page limit in support of its Ex Parte Motion to for Remand (Doc. 3). Plaintiff requests the excess pages in order to respond fully to Defendants arguments in their opposition (Doc. 8) to the motion to remand, with over length opposition and raises numerous arguments and authorities requiring a response. Accordingly, having considered the Motion and good cause appearing, IT IS HEREBY ORDERED GRANTING the Motion for Leave to File Excess Pages. (Doc.13).

Signed this  _____ day of June 2025.

_____
Andrew S. Hanen
United States District Judge