EXHIBIT-3

P-3 "SUPER"

TRIAL COURT CAUSE NUMBER: 2020-35780

| | |
|---|---|
| ELIZABETH THOMAS, PRO SE APPELLANT(S) | IN THE DISTRICT COURT OF |
| VS. | |
| PCF PROPERTIES IN TEXAS, LLC APPELLEE(S) | HARRIS COUNTY, T E X A S |
| | 80th JUDICIAL DISTRICT |

**CLERK'S CERTIFICATE OF
DEPOSIT IN LIEU OF SUPERSEDEAS BOND**

**THE STATE OF TEXAS:**

**COUNTY OF HARRIS:**

FILED
Marilyn Burgess
District Clerk
JUN 06 2023
Time: 12:30
By B. Denson, Deputy
Harris County, Texas

    This document is to certify that I, the undersigned clerk of the District Courts of Harris County, Texas have received a cash deposit in the amount of NINE HUNDRED SIX DOLLARS AND 41/100 CENTS **($906.41)**, deposited with the Registry of the Court from ELIZABETH THOMAS, PRO SE on behalf of JAMES ALLEN, ROBERT THOMAS, ALLAN HAYE, ELIZABETH THOMAS AND JAMES ANDERSEN, JOINTLY AND SEVERALLY (appellants) on the **6TH** day of JUNE, 2023.

    This cash deposit was deposited in accordance with Rule 24.1(c) (1) of the Texas Rules of Appellate Procedure, and is conditioned that the appellant shall prosecute his appeal or writ of error with effect and in case the judgment of the Supreme Court or Court of Appeals shall be against the appellant, he shall perform its judgment, sentence or decree and pay all such damages and costs as said court may award against him and, upon approval by the clerk, execution of the judgment or so much thereof as has been superseded shall be suspended.

    WITNESS my hand and seal of office this 6th day of JUNE, A.D., 2023

MARILYN BURGESS, District Clerk
Harris County, Texas

BY _____, Deputy
BERRIE DENSON

**Court of Civil Appeals:**

ELIZABETH THOMAS, PRO SE
712 H STREET NE #1297
WASHINGTON, DC 20002
TETHOMAS3@AOL.COM

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

PJ-27

ELIZABETH THOMAS
712 H Street NE #1297
Washington DC 20002
elizthomas234@gmail.com

June 6, 2023

Harris County District Clerk
Civil-Post Trial Division
201 Caroline, Suite 420
Houston, TX 77002

Re; James Allen, et al., vs. PCF Investments Inc., its subsidiary PCF Properties in Texas LLC.,
in the 80th District Court, Harris County, Texas Cause No. 2020- 35780.

Dear Clerk of Court,

On April 19, 2023, a judgment was granted in the above caption case in favor of PCF Properties in Texas LLC., and I am superseding this judgment by posting cash in lieu of a bond.

I am posting the amount of $ 863.25.

Interest rate of 5.5%     $ 43.16.

Total              906.41

I am request that the writ of possession issued on May 8, 2023, to Mark Herman Constable of Precinct 4, Harris County, be recalled immediately. I thank you in advance for your assistance in this matter.

Sincerely,

Elizabeth Thomas

APPROVED: _____
MARILYN BURGESS, DISTRICT CLERK
HARRRIS COUNTY, TEXAS
                                    DEPUTY

(1) RECORD(S) FOUND.

| | | |
|---|---|---|
| CASE NO: | 202035780 | BOND FILE DATE: |
| CASE TYPE: | QUIET TITLE | |
| CASE STATUS: | CASE ON APPEAL | |
| STYLE: | ALLEN, JAMES | |
| VS: | PCF PROPERTIES IN TX LLC | |

BOND TYPE: Please Select     COURT: 80     PUB? Ple

| | |
|---|---|
| DATE BOND FILED: | 06/06/2023 |
| BOND TYPE: | SUPERSEDEAS BOND |
| BOND CLASS: | CASH |
| FILED BY: | THOMAS, ELIZABETH |
| BOND AMOUNT: | $906.41 |
| SURETY: | CLERK'S CERTIFICATE OF CASH IN LIEU OF |
| BOND APPROVED BY: | DENSON, BERRIE |
| BOND APPROVAL DATE: | 06/06/2023 |
| DATA ENTRY CLERK: | DENSON, BERRIE |
| BOND RELEASE DATE: | |