**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERNESTO SIMPSON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-CV-02600** |
| | § | |
| **HARRIS COUNTY, et al.** | § | **JURY DEMAND** |
| *Defendants.* | § | |
| | § | |

**DEFENDANTS HARRIS COUNTY, HARRIS COUNTY PRECINCT 4 CONSTABLE MARK HERMON,**
**DEPUTY RAMON RUIZ AND HARRIS COUNTY ATTORNEY CHRISTIAN MENEFEE'S CERTIFICATE**
**OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Harris County, Harris County Precinct 4 Constable Mark Hermon, Deputy Ramon Ruiz and Harris County Attorney Christian Menefee ("Defendants") file this Certificate of Interested Parties. In support of said certificate, Defendants identify the followings persons whom they believe may have a financial interest in this litigation as of the date of this certificate:

1. Ernesto Simpson, c/o James M. Anderson, P.O. Box 58554, Webster, Texas 77598-8554.

2. Harris County Precinct 4 Constable Mark Hermon, Defendant, c/o Rachel Fraser, Harris County Attorney's Office, 1019 Congress, Houston, Texas 77002.

3. Deputy Ramon Ruiz, Defendant, c/o Rachel Fraser, Harris County Attorney's Office, 1019 Congress, Houston, Texas 77002.

4. Harris County Attorney Christian Menefee, Defendant, c/o Rachel Fraser, Harris County Attorney's Office, 1019 Congress, Houston, Texas 77002.

5. Harris County, Defendant, c/o Rachel Fraser, Harris County Attorney's Office, 1019 Congress, Houston, Texas 77002.

Date: June 26, 2025

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST
ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, & REAL
ESTATE DIVISIONS

By:      */s/      Rachel Fraser*
**RACHEL FRASER**
**Senior Assistant County Attorney**
State Bar No. 24079725
Fed Bar No. 4067195
Tel: (713) 274-5383 (direct)
E: Rachel.Fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
Harris County Attorney's Office
1019 Congress
Houston, Texas 77002

**ATTORNEY FOR HARRIS COUNTY,**
**CONSTABLE MARK HERMON, CHRISTIAN**
**MENEFEE AND DEPUTY RAMON RUIZ**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on June 26, 2025, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

*/s/ Rachel Fraser*
Rachel Fraser