United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ERNESTO SIMPSON**
*Plaintiff*

Civil Action No. 25-CV-02600

v.

**HARRIS COUNTY, et al.,**

## ORDER

Pending before the Court is Ernesto Simpson (the "Plaintiff"), Notice of Voluntary Dismissal without Prejudice pursuant to 41(a)(1)(A), of the Federal Rule of Civil Procedure . (Dkt. No. 17). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED. It is SO ORDERED. Each party bears it's their own cost.

Signed this 8th of July, 2025.

Hon. Andrew S. Hanen
UNITED STATES DISTRICT JUDGE